UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RODNEY WILLIAMSON #186967,

    Plaintiff,

v.                                                  Case No. 1:18-CV-1238

TONY TRIERWEILER, et al.,                HON. GORDON J. QUIST

    Defendants.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

On November 26, 2019, Magistrate Judge Phillip Green issued a Report and Recommendation (R & R) recommending that the Court: (1) grant Defendants' Motion for Partial Summary Judgment and dismiss Plaintiff's retaliation claims against Defendants Trierweiler and Ferguson for failure to properly exhaust administrative remedies; (2) dismiss Plaintiff's equal protection and conspiracy claims against Defendants Trierweiler and Ferguson for failure to state a claim; and (3) dismiss Defendants Trierweiler and Ferguson from this action. The Court has reviewed the R & R. No objections have been filed pursuant to 28 U.S.C. § 636(b). Thus, the Court will adopt the R & R.

**THEREFORE, IT IS HEREBY ORDERED** that the November 26, 2019, Report and Recommendation (ECF No. 30) is approved and adopted as the Opinion of the Court.

**IT IS FURTHER ORDERED** that Defendants' Motion for Partial Summary Judgment (ECF No. 19) is **GRANTED** for the reasons set forth in the R & R. Plaintiff's retaliation claims against Defendants Trierweiler and Ferguson are **DISMISSED WITHOUT PREJUDICE** for failure to properly exhaust administrative remedies.

**IT IS FURTHER ORDERED** that Plaintiff's equal protection and conspiracy claims against Defendants Trierweiler and Ferguson are **DISMISSED WITH PREJUDICE** for failure to state a claim.  Defendants Trierweiler and Ferguson are dismissed from this action.

Dated: December 20, 2019                         /s/ Gordon J. Quist
                                                                    GORDON J. QUIST
                                                          UNITED STATES DISTRICT JUDGE